# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JTH TAX LLC d/b/a LIBERTY TAX SERVICE, <br><br> Plaintiff <br> v. <br><br> SEUNG LEE and THE LEE GROUP, INC. f/k/a P&L BUSINESS SERVICES, INC., <br><br> Defendants. | Civil Action No.: 3:21-cv-00013 <br><br> Judge William L. Campbell, Jr. <br><br> Magistrate Judge Jeffrey S. Frensley |

## STIPULATED FINAL CONSENT ORDER AND JUDGMENT

Pursuant to a Settlement Agreement and upon the Stipulated Joint Motion of Plaintiff JTH Tax LLC d/b/a Liberty Tax Service ("Liberty"), and Seung Lee and the Lee Group, Inc. f/k/a P&L Business Services, Inc. (collectively, "Defendants"), the settling parties have agreed to entry of this Final Consent Order and Judgement on the terms set forth below as signified by the signatures of all Parties. The Court, having reviewed and considered the proposed Order, hereby ORDERS as follows.

IT IS HEREBY STIPULATED, ORDERED, AND ADJUDGED THAT:

1. Defendants are permanently enjoined and shall refrain from using any of Liberty's registered trademarks, trade names, service marks, logos (including the Statute of Liberty), slogans, or any other marks or designations owned by or associated with Liberty (collectively, "Liberty's Marks"), in connection with any tax business at any time, in perpetuity;

2. Defendants are permanently enjoined and shall refrain from using or disclosing any of Liberty's Confidential Information (as defined in Section 12 of the Franchise Agreement), including, without limitation, methods of operations, customer information, and marketing information;

3. Within twenty-eight (28) days of this Order, Defendants make available for pickup by Liberty any of Liberty's Confidential Information (as defined in Section 12 of the Franchise Agreement) in Defendants' possession which Defendants can locate after a diligent search;

4. Within twenty-eight (28) days of this Order, Defendants make available for pickup by Liberty any original and all copies, and within forty (40) days, deliver electronic copies and media, of lists and other sources of information containing the names, addresses, e-mail addresses or phone numbers of customers of Liberty in defendants' possession which Defendants can locate after a diligent search;

5. Within twenty-eight (28) days of this Order, Defendants make available for pickup by Liberty any original and all copies, and within forty (40) days, deliver electronic copies and media, containing customer tax returns, files, and records in Defendants' possession which Defendants can locate after a diligent search;

6. Within twenty-eight (28) days of this Order, Defendants make available for pickup by Liberty all copies of the confidential Operations Manual and any updates in Defendants' possession which Defendants can locate after a diligent search.

7. Pursuant to Fed. R. Civ. P. 41(a)(2), all claims in this action are hereby dismissed with prejudice. The Clerk is DIRECTED to close the file.

8. The Court shall retain jurisdiction for purposes of enforcing this Order, including the injunctive order in Paragraphs 1-6 of this Order, and over any disputes or issues arising form or in any way related to the subject matter of this Order or the Settlement Agreement. This Order and its terms shall continue in full force and effect.

[Signature line on page to follow]

Dated: July 31, 2023

        **GORDON REES SCULLY**
        **MANSUKHANI, LLP**

By:   */s /Courtney Williams*
      Courtney Williams, BPR 037140
      4031 Aspen Grover Dr., Suite 290
      Franklin, Tennessee 37067
      Tel: 615-640-0976
      Fax: 615-970-7490
      Email: ccwilliams@grsm.com

*Attorneys for Plaintiff* JTH Tax LLC d/b/a Liberty Tax Service ("Liberty")

        AND

By:   */s/ Robert L. Vance*
      Robert L. Vance (BPR#021733)
      Woolf, McClane, Bright, Allen & Carpenter, PLLC
      P.O. Box 900
      Knoxville, TN 37901-0900
      Telephone: (865) 215-1000
      Facsimile: (865) 215-1001
      Email: bvance@wmbac.com

*Attorneys for Defendants* Seung Lee and The Lee Group, Inc. f/k/a P&L Business Services, Inc.

It is so **ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify on this 31st day of July 2023, a true copy of the foregoing was filed with the Court's electronic filing system and was served via same on Defendants' attorneys of record.

*/s/ Courtney C. Williams*
Courtney C. Williams (BPR #037140)